IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TARONDA WILLIAMS,

    Plaintiff,

v.                                       CASE NO. 4:10-cv-00505-MP -GRJ

TONY HALLERTON, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff has filed a complaint pursuant to 42 U.S.C. §1983 alleging denial of medical care by two employees at Lee Arrendale State Prison in Alto, Georgia.  She is incarcerated at this facility as well.  Alto, Georgia, where the events at issue took place and all the Defendants reside, is in Banks County, Georgia, which is in the United States District Court for the Northern District of Georgia, Gainesville Division.  28 U.S.C. §90.  It is obvious that this case should have been filed in the Northern District of Georgia and, therefore, this case should be transferred to that court pursuant to 28 U.S.C. § 1406(a).

    In light of the foregoing, it is respectfully **RECOMMENDED**:

    That this cause be **TRANSFERRED** to United States District Court for the Northern District of Georgia, Gainesville Division.

    At Gainesville, Florida, this 17th day of November 2010.

                                    *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.** Since t

*Case No: 4:10-cv-00505-MP  -GRJ*